CHARLES D. COLE V. ARLINGTON STATE BANK ET AL.

FILED APRIL 21, 1898. No. 8039.

Review Without Bill of Exceptions. Assignments of error relating to rulings on the admission of evidence will be disregarded on review in absence of a properly authenticated bill of exceptions.

ERROR from the district court of Washington county. Tried below before KEYSOR, J. *Affirmed.*

*Bradley & De Lamatre,* for plaintiff in error.

No appearance for defendants in error.

NORVAL, J.

Charles D. Cole instituted two actions of replevin to recover certain chattels, one being against the Arlington State Bank, and the other against the Blair State Bank. The causes were consolidated and tried as one action. The verdict was for the defendants, and from the judgment entered thereon plaintiff has prosecuted this proceeding.

The three assignments argued in the brief filed relate to the rulings of the court below on the admission of evidence, and they cannot be considered, since there is no bill of exceptions included in the transcript. (*Sweeney v. Ramge*, 46 Neb. 919; *Reed v. Rice*, 48 Neb. 586; *McKenna v. Dietrich*, 48 Neb. 433; *Wood v. Gerhold*, 47 Neb. 397; *White v. Smith*, 47 Neb. 625; *Reynolds v. McCandless*, 50 Neb. 225; *Stuart v. Burcham*, 50 Neb. 823; *Douglas v. Smith*, 50 Neb. 899.)   The judgment is

AFFIRMED.